IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09MJ3044 |
| | ) | |
| v. | ) | |
| | ) | |
| JESSICA L. CRAFT, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America owes Ms. Craft an apology and today I made that apology to her.  She was arrested and held in jail over Christmas on a Civil Violations Bureau matter.  A Deputy Clerk with the United States District Court for the District of Colorado has advised our Pretrial Services Officer that authorities at Fort Carson, Colorado have failed to provide probable cause affidavits for this and similar cases.  That same Deputy Clerk has advised that the judges in Colorado are dismissing these because of such failures and that I should feel free to do so as well.  Without objection by counsel for the government (he couldn't get the paper work either),

IT IS ORDERED that:

1. This case is dismissed with prejudice.  The warrant is quashed.  The defendant is released.  The United States Marshals Service shall take care to make certain that the warrant is removed from NCIC and other such systems.

2. The United States Marshals Service shall provide Ms. Craft with a bus ticket and subsistence to her place of residence in Pennsylvania.

3. The Clerk of this Court shall provide a copy of this Memorandum and Order to the Clerk of the United States District Court for the District of Colorado.  I respectfully suggest that said Clerk provide his or her Chief Judge with a copy of this Memorandum and Order.

DATED this 30th day of December, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge